# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kaplan, Michael B. | U.S. Bankruptcy Court | 08/04/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

241 Clarkson S Fisher Building
402 East State Street
Trenton, NJ 08608-1507

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Rutgers University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Open ended | Thomson Rueters Publishing Agreement, 5% royalty on sales of Consumer Bankruptcy Manual |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 08/04/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Rutgers-Salary | $4,919.00 |
| 2. 2019 | West Services-Royalty | $2,313.00 |
| 3. 2019 | National Conference of Bankruptcy | $6,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | YMCA of Bucks County - Salary |
| 2. 2019 | Ohev Shalom of Bucks County - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABI | 04/12/19 to 4/13/19 | Washington, DC | Educational | hotel, travel |
| 2. | NCBJ | 10/29/19 to 10/31/19 | San Antonio, TX | Educational | hotel, travel |
| 3. | NYIPLA | 3/22/19 | NY, NY | Educational | hotel, travel |
| 4. | ACI | 6/24/19 | NY,NY | Edudational | hotel, travel |
| 5. | George Mason Univerisity | 6/26/19 to 6/30/19 | Beaver Creek, CO | Educational | hotel,travel |
| 6. | ABI | 8/1/19 to 8/3/19 | Hershey, PA | Educational | hotel, travel |
| 7. | ABI | 9/19/19 to 9/20/19 | Washington, DC | Educational | hotel, travel |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kaplan, Michael B.** | 08/04/2021 |

8.  Alleghaney Bar Association    12/5/19 to 12/6/19    Pittsburgh, PA    Eduational    hotel, travel

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 08/04/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kaplan, Michael B.** | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA # 1 (H) | | | | | | | | | |
| 2. -Ameriprise Insured money market | A | Int./Div. | M | T | | | | | |
| 3. -SPDR S&P Bank ETF | A | Dividend | K | T | Sold (part) | 11/27/19 | J | | |
| 4. -Weyerhaeuser Company common | A | Dividend | | | Sold | 06/17/19 | J | | |
| 5. -Cohen Steers Infrastructure Fund common | A | Dividend | J | T | | | | | |
| 6. -First Trust Dow Jones Internet ETF | A | Dividend | J | T | Sold (part) | 11/27/19 | J | | |
| 7. -Invesco DB Basic Materials Fund EFT | A | Int./Div. | J | T | | | | | |
| 8. -Raytheon Company common | A | Dividend | J | T | Sold (part) | 11/27/19 | J | | |
| 9. -Royal Caribbean Cruises LTD common | A | Dividend | J | T | | | | | |
| 10. -SPDR Series Trust S&P Homebuilders ETF | A | Int./Div. | J | T | Sold (part) | 11/27/19 | J | | |
| 11. -SPDR S&P Aerospace & Defense ETF | A | Int./Div. | J | T | Sold (part) | 11/27/19 | J | | |
| 12. -Waste Management common | A | Dividend | J | T | Sold (part) | 11/27/19 | J | | |
| 13. -VISA Inc common | A | Dividend | J | T | Sold (part) | 11/27/19 | J | | |
| 14. -Anthem Inc common | A | Dividend | J | T | Sold (part) | 11/27/19 | J | | |
| 15. -Biotelemetry Inc common | A | Dividend | J | T | Sold (part) | 11/27/19 | J | | |
| 16. -Caterpillar Inc common | A | Dividend | J | T | | | | | |
| 17. -Ishares Iboxx Invest Grade Corp Bond ETF | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -Nvidia Corp common | A | Dividend | J | T | | | | | |
| 19.  -US Commodity Index Fund ETF | A | Dividend | J | T | | | | | |
| 20.  -US Foods Holding Corp common | A | Dividend | J | T | Sold<br>(part) | 11/27/19 | J | | |
| 21.  -United Rentals Inc common | A | Dividend | | | Sold | 06/17/19 | J | | |
| 22.  -CVS Health Corp common | A | Dividend | | | Sold | 06/17/19 | J | | |
| 23.  -Burlington Stores Inc common | A | Dividend | J | T | Sold<br>(part) | 11/27/19 | J | | |
| 24.  -Citizens Financial Group Inc common | A | Dividend | J | T | | | | | |
| 25.  -Cummins Inc common | A | Dividend | J | T | | | | | |
| 26.  -Freeport McMoran Inc common | A | Dividend | | | Sold | 06/17/19 | J | | |
| 27.  -Home Depot common | A | Dividend | J | T | | | | | |
| 28.  -Ishares S&P GSCI Commodity Index Trust ETF | A | Dividend | J | T | | | | | |
| 29.  -Ishares MSCI Eurozone ETF | A | Dividend | J | T | | | | | |
| 30.  -Ishares Floating Rate Bond ETF | A | Dividend | K | T | | | | | |
| 31.  -Ishares MSCI Japan ETF | A | Dividend | J | T | | | | | |
| 32.  -Invesco Powershares Senior Loan Port ETF | A | Dividend | | | Sold | 06/17/19 | K | | |
| 33.  -Stamps.com Inc common | A | Dividend | | | Sold | 06/17/19 | J | | |
| 34.  -US Treasury Note w48 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kaplan, Michael B.** | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -US Treasury Note v23 | A | Interest | J | T | | | | | |
| 36.   -US Treasury Note k74 | A | Interest | | | Sold | 06/17/19 | J | | |
| 37.   -US Treasury Note un8 | A | Interest | | | Sold | 06/17/19 | J | | |
| 38.   -US Treasury Note v80 | A | Interest | J | T | | | | | |
| 39.   -US Treasury Note u24 | A | Interest | | | Sold | 06/17/19 | J | | |
| 40.   -US Treasury Note m80 | A | Interest | | | Sold | 06/17/19 | J | | |
| 41.   -US Treasury Note v98 | A | Interest | J | T | | | | | |
| 42.   -US Treasury Note u57 | A | Interest | | | Sold | 06/17/19 | J | | |
| 43.   -US Treasury Note w71 | A | Interest | J | T | | | | | |
| 44.   -US Treasury Note n30 | A | Interest | | | Sold | 06/17/19 | J | | |
| 45.   -US Treasury Note m56 | A | Interest | J | T | | | | | |
| 46.   -JPMorgan Chase Financial BUF ENH Note TG8 | A | Interest | L | T | Buy | 06/28/19 | L | | |
| 47.   -Amerigas Partners Limited Partnership | A | Distribution | | | Buy | 04/11/19 | J | | |
| 48. | | | | | Merged<br>(with line 49) | 08/28/19 | J | | |
| 49.   -UGI Corp common | A | Dividend | J | T | Open | 08/28/19 | J | | |
| 50.   -Morgan Stanley common | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 51.   -Schwab US TIPS ETF | A | Dividend | J | T | Buy | 04/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Smucker JM Company New common | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 53.   -Union Pacific Corp common | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 54.   -Clorox Corp common | A | Dividend | J | T | Buy | 11/27/19 | J | | |
| 55.   -Ishares IBOXX Hi Yld Corp Bond ETF | A | Dividend | J | T | Buy | 11/27/19 | J | | |
| 56.   -Vanguard ST Bond ETF | A | Dividend | J | T | Buy | 11/27/19 | J | | |
| 57.   IRA # 2 (H) | | | | | | | | | |
| 58.   -Ameriprise Insured money market | A | Int./Div. | J | T | | | | | |
| 59.   -Amazon common | A | Dividend | J | T | Sold<br>(part) | 06/17/19 | J | | |
| 60.   -Ishares Intermediate Term Corp Bond ETF | A | Int./Div. | J | T | | | | | |
| 61.   -Invesco Corp Bond CL Y mutual fund | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 62.   -Coca Cola common | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 63.   -Invesco Senior Loan ETF | A | Int./Div. | J | T | | | | | |
| 64.   -CME Group common | A | Dividend | J | T | | | | | |
| 65.   -3M Company common | A | Dividend | | | Sold | 06/17/19 | J | | |
| 66.   -US Treasury Note xb1 | A | Interest | J | T | | | | | |
| 67.   -US Treasury Note j27 | A | Interest | J | T | | | | | |
| 68.   -US Treasury Note x70 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Ameriprise Insured Money Market | A | Dividend | K | T | Sold (part) | 10/19/19 | J | | |
| 70. NJ Economic Dev Auth St Pension 2/15/21 Zero Coupon Bond | A | Interest | K | T | | | | | |
| 71. Align Technology Inc common | | None | | | Sold (part) | 06/17/19 | J | B | |
| 72. | | | | | Sold | 10/07/19 | J | A | |
| 73. Blackrock Inflation Protected Bond Instl Cl | A | Dividend | | | Buy | 04/11/19 | J | | |
| 74. | | | | | Sold | 10/07/19 | J | A | |
| 75. Oracle Corp common | A | Dividend | | | Buy | 04/11/19 | J | | |
| 76. | | | | | Sold | 10/07/19 | J | A | |
| 77. Best of America IV Variable Rate Annuity (H) | | | | | | | | | |
| 78. -NW NVIT Mny Mkt 1 | A | Int./Div. | J | T | | | | | |
| 79. -NW NVIT Multi Mgr Mdcap GR 1 | A | Int./Div. | J | T | | | | | |
| 80. -NW NVIT Mult Mgr Intl GR III | A | Int./Div. | J | T | | | | | |
| 81. -NW NVIT Real Est 1 | A | Int./Div. | K | T | | | | | |
| 82. TIAA 401a (H) | | | | | | | | | |
| 83. -TIAA Traditional | A | Int./Div. | J | T | | | | | |
| 84. -CREF Equity Index R3 | A | Int./Div. | J | T | | | | | |
| 85. -CREF Bond Market R3 | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kaplan, Michael B. | 08/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -CREF Stock R3 | A | Int./Div. | J | T | | | | | |
| 87. -CREF Stable Value | A | Int./Div. | J | T | | | | | |
| 88. -CREF Growth R3 (X) | A | Int./Div. | J | T | | | | | |
| 89. TD Bank | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kaplan, Michael B.** | 08/04/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 88- CREF Growth R3 was omitted from prior year report.
Part VII, Line 7- Name changed from Invesco Powershares DWA Basic Materials Momentum Fund
Part VII, Line 60 - Name changed from Ishares Intermediate Credit Bond ETF to Ishares Intermediate Term Corp Bond ETF
Part IIIA, Line 3- editing law journal

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael B. Kaplan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544